## AFFIDAVIT

Donald Henkel, being first duly sworn, deposes and states as follows:

1. Your affiant is named as a defendant in Case Number 22 CR 58.
2. On the morning of July 7, 2020, my house at 9169 East Hoxie Road in Cedar, Michigan, was raided by dozens of armed agents from the Federal Bureau of Investigation.
3. I went to my front door after hearing a knock. After opening the door, I was confronted by many armed agents on my front porch commanding me to exit my residence.
4. After I stepped outside, many agents entered my home. While I was outside, one agent who had a husky build shouted incoherent questions at me.
5. After I had tried for some time to decipher what was being yelled at me, I was escorted to the back of my home by four armed agents and told to sit down.
6. Two of the armed agents sat down with me, while the other two stood guard. A lengthy interrogation of me ensued while my house phone, cell phone, computer, wallet (which contained my driver's license, identification cards, and bank card), and truck keys were confiscated.
7. The funds in my bank account were subsequently frozen and seized by the Government.
8. During the first hour of my lengthy interrogation in the 90-degree heat, I was never shown a warrant or given an adequate explanation of what was transpiring.
9. When I asked, the agents responded as follows: "You don't know? You'll find out!"
10. I was feeling ill, was fighting a bad case of insomnia with sleep deprivation, was under severe stress, and was bewildered by my property being infiltrated by armed agents.
11. I requested several times to use the bathroom located less than twenty feet away from the interrogation site, and was refused permission each time.

12. After a substantial period of interrogation, I was told that I could relieve myself on the side of my house. I walked thirty feet to the side of my house while being escorted by two agents. The two agents then stood right next to me boxing me in and expected me to relieve myself in their presence, which I declined to do. They then escorted me back to the interrogation chair.

13. I wanted to get up and leave, but am deathly afraid of individuals possessing guns being near me. Considering the aggressive nature the agents exhibited and the terror I was experiencing, I was scared of getting up or moving in any fashion, lest I get shot. I thought trying to get up and leave would have dire repercussions.

14. Since I could not even use the restroom on my own, I did not feel I could leave this interrogation on my own accord.

15. At no point did any agent advise me or alert me that I had the ability or was permitted to leave.

16. After several hours, the grueling interrogation seemed to conclude.

17. The husky agent then came up to me and sarcastically said: "You weren't under arrest. You could have left at any time!" He proceeded to snicker.

18. After the interrogation ceased, I walked into my garage and asked for my truck keys. The agents replied that I could not have them.

19. I have never experienced a situation with law enforcement like this before, and had no idea what I was able to do or say during such an intimidating predicament.

*Donald Hendel*  4/28/2025

Under penalties of perjury as provided by law, the above-signed certifies that the statements set forth herein are true and correct.