UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 22 CR 58 |
| v. | ) | |
| | ) | Judge Elaine Bucklo |
| DONALD HENKEL, | ) | |
|    a/k/a "D.B. Henkel," | ) | |
|    a/k/a "Donavan Kelly," | ) | |
|    a/k/a "Bruce Kelly," | ) | |
| MARK HENKEL, and | ) | |
| RAYMOND PAPARELLA | ) | |

**GOVERNMENT'S WITNESS LIST**

The UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, respectfully submits the following list of potential witnesses.

This list includes those individuals whom the government presently expects to call. Should defense counsel agree to stipulations, the need to call a number of witnesses may be reduced. The government reserves its right to supplement this list at a later date.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: /s/ KRISTIN PINKSTON
KRISTIN PINKSTON
KELLY GUZMAN
Assistant United States Attorneys
219 S. Dearborn Street, 5th Floor
Chicago, IL 60604
(312) 353-3500

**GOVERNMENT'S WITNESS LIST**

1. FBI SA Timothy O'Brien
2. FBI SA Patrick Brosnan
3. Deena Rice (FBI forensic analyst)
4. David White (retired FBI Special Agent)
5. Brian Brusokas (former FBI Special Agent)
6. Margaret O'Brien (former FBI Special Agent)
7. Gary Abair
8. William Eatinger
9. Keith Elkins
10. Patrick Gravel
11. Roger Epperson
12. Catherine Allen
13. David Hunt
14. David Loehr
15. Debra Force
16. Jay Krehbiel
17. Jim Sharp
18. Joe Stanfield
19. Phil Sears
20. Brian Hillerich
21. Chris Palenik
22. Emily Hampton
23. Jenna Walker
24. Jane Jacob
25. Pete Belcastro
26. Lela Hersh
27. Joseph Barabe
28. Hunt Representative
29. Hindman Representative
30. Heritage Auction Representative
31. Sotheby's Representative
32. Bonhams' Representative
33. Jay Caldwell Representative
34. Jonathan Boos Representative