UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 22 CR 58 |
| v. | ) | |
| | ) | Judge Elaine E. Bucklo |
| DONALD HENKEL, | ) | |
| a/k/a "D.B. Henkel," | ) | |
| a/k/a "Donavan Kelly," | ) | |
| a/k/a "Bruce Kelly," | ) | |
| MARK HENKEL, and | ) | |
| RAYMOND PAPARELLA | ) | |

## GOVERNMENT'S EXHIBIT LIST

The UNITED STATES OF AMERICA, by its attorney, ANDREW S.

BOUTROS, United States Attorney for the Northern District of Illinois, hereby

designates the following exhibits for the trial set to begin on February 23, 2026. The

government reserves any and all rights to remove/add exhibits to this list.

| Exhibit | Description |
|---|---|
| 100 | Chemical Bank Records for Account Ending in x1618 |
| 200 | Chemical Bank Records for Account Ending in x9410 |
| 300 | RVA Financial Federal Credit Union Records for Member No. Ending in x1230 |
| 400 | Wells Fargo Bank N.A. Records for Account Ending in x5178 |
| 500 | PNC Bank Records for Account ending in x2144 |
| 600 | PNC Bank Records for Account ending in x2152 |
| 700 | PNC Bank Records for Account ending in x2179 |
| 800 | PNC Bank Records for Account ending in x7826 |
| 900 | Bank of America Records for Account ending in x9091 |
| 1000 | Suntrust Bank, Inc. Records for Account Ending in x0683 |
| 1100 | Bank of America Records for Account Ending in x6721 |
| 1200 | Leslie Hindman Records |
| 1300 | Hunt Auction LLC Records |

| Exhibit | Description |
|---|---|
| 1400 | Heritage Records |
| 1401 | Email Communications Between Heritage Auctions and William Eatinger |
| 1500 | Jay Caldwell Gallery Records |
| 1600 | Jonathan Boos Gallery Records |
| 1601 | Email Communications Sent and Received by Jonathan Boos |
| 1700 | Bonhams Records |
| 1800 | Ebay Records |
| 1900 | AT&T Records For Telephone Number Ending x3018 |
| 2000 | FedEx Ground Package Systems, Inc. Records |
| 2100 | July 7, 2020, Search Warrant Photographs from 9169 E. Hoxie Road, Cedar, Michigan<br>SWPHOTOS_001-000001 – SWPHOTOS_002-000723 |
| 2101 | July 7, 2020, Interview of Don Henkel (media - audio) |
| 2102 | July 7, 2020, Transcript of Don Henkel Interview<br>Cover pages (DHENKEL_002-000001 and DHENKEL_002-000113 to be removed |
| 2103 | Physical Items Recovered from July 7, 2020, Search Warrant |
| Purported "Honus Wagner" Signed Baseball | |
| 2200 | Purported "Honus Wagner" Signed Baseball |
| 2201 | Letter of Provenance Signed by Gary Abair Dated August 19, 2005 |
| 2203 | Purported "Christy Mathewson" baseball |
| Purported "Cy Young" Signed Baseball Bat | |
| 2300 | "Cy Young" Signed Baseball Bat |
| 2301 | Mark Henkel Email to Eatinger |
| 2302 | Mailing Envelope containing a piece of paper dated October 11, 2010 and an envelope with writing "leave bat in tube with sock on it – when showing bat" and "Bill Eatingor" |
| Purported "Thurman Munson" Signed Baseball | |
| 2400 | Purported "Thurman Munson" Signed Baseball |
| 2401 | Emails between Mark Henkel and William Eatinger |
| 2402 | Receipt of Sale of Purported Munson Baseball |
| Purported "Eddie Gaedel" Signed Photograph | |
| 2500 | Purported "Eddie Gaedel" Signed Photograph |
| 2501 | October 2012 Emails between William Eatinger and Hunt Auctions |
| Purported "Babe Ruth" Signed Baseball Bat | |

| Exhibit | Description |
|---------|-------------|
| 2600 | Purported Babe Ruth Signed Baseball Bat |
| 2601 | Media Article re: Babe Ruth bat signed by Mayor Dever |
| 2602 | Jan-March 2016 Emails between Keith Elkins and Hunt Auctions LLC |
| 2603 | 10/20/2015 Barabe Report regarding Purported Babe Ruth Baseball Bat |
| 2604 | October, November 2015 Emails between Elkins and Hunt Auctions LLC (including forwarded expert analysis report) |
| 2605 | February, March 2017 Emails between Hunt Auctions LLC, Elkins and Mark Henkel |
| 2606 | July, August 2017 Emails between Hunt Auctions LLC, Elkins and Mark Henkel |
| 2607 | August 2017 Letters from Elkins to Hunt Enclosing Copies of Checks |
| 2608 | Screenshots of July 2020 Texts between Mark Henkel and Elkins |
| 2609 | Financial Summary – Purported Babe Ruth Signed Baseball Bat |
| | Purported "Disney" Signed Table |
| 2700 | Emails between Don Henkel, Eatinger, and Sears regarding the purported Disney signed table |
| 2701 | Handwritten letter (5 pages) containing instructions regarding purported Disney signed table |
| | Purported "Lou Gehrig" Signed Baseball Bat |
| 2800 | Purported "Lou Gehrig" Signed Baseball Bat |
| 2801 | Email Communications Between Hunt Auctions LLC and Patrick Gravel |
| 2802 | Email Communications Between Hunt Auctions LLC and Mark Henkel |
| | "Smith Silo Exton" purportedly by Ralston Crawford |
| 2900 | "Smith Silo Exton" purportedly by Ralston Crawford |
| 2901 | Financial Summary – "Smith Silo Exton" |
| | Purported "Lou Gehrig" Signed Baseball and Photo |
| 3000 | October 2016 Email Communications between Ray Paparella and Hunt Auctions LLC |
| 3001 | September 2017 Text Communications between Ray Paparella and Don Henkel |

| Exhibit | Description |
|---------|-------------|
| 3002 | March 2018 Text Communications between Ray Paparella and Don Henkel |
| "The Homestead" purportedly by George Ault | |
| 4000 | "The Homestead" purportedly by George Ault |
| 4001 | Debra Force Email Communications |
| 4002 | Financial Summary Exhibit – "The Homestead" |
| | |
| 5000 | Text Communications Between Ray Paparella and Don Henkel |
| 5001 | Email Communications Sent and Received by Ray Paparella |
| 5002 | Text Communications Sent and Received by Paparella |
| 5003 | Photographs of "Ralston Crawford" by Richard B. Freeman |
| 5004 | Email Communications Sent and Received by Joe Stanfield |
| 5005 | April 30, 2020 Recorded Phone Call Between Ray Paparella and Joe Stanfield<br>Media_001 (1D1)<br>3123007038 2020-04-30 15-30-31 51864-001.wav |
| 5006 | April 30, 2020, Recorded Phone Call Between Ray Paparella and Joe Stanfield<br>Media_001(1D1)<br>3123007038 2020-04-30 15-49-58 51869-001.wav |
| 5007 | May 28, 2020, Recorded Phone Call between Paparella and Joe Stanfield<br>Media_001 (1D2) |
| Purported Babe Ruth Game-Used Bat | |
| 6001 | Financial Summary Exhibit – Purported Babe Ruth Game-Used Bat |
| "Hilltop Farm" purportedly by George Ault | |
| 7000 | "Hilltop Farm" purportedly by George Ault |
| 7001 | Financial Summary Exhibit – "Hilltop Farm" |
| "Country Lane" purportedly by George Ault | |
| 8000 | Handwritten Provenance for "Country Lane" |
| 8001 | USPS Priority Mail Envelop with Handwritten "D.H." |
| 8002 | Financial Summary Exhibit – "Country Lane" |
| "Stacks Up 1st Ave." purportedly by George Ault | |
| 9000 | "Stacks Up 1st Ave." purportedly by George Ault |

| Exhibit | Description |
|---------|-------------|
| 9001 | Email Communications Sent and Received by William Eatinger and Don Henkel |
| 9002 | Text Communications Sent and Received by William Eatinger and Don Henkel |
| 9003 | Financial Summary Exhibit – "Stacks Up" |
| "Coming Home" purportedly by Gertrude Abercrombie | |
| 10000 | "Coming Home" purportedly by Gertrude Abercrombie |
| 10001 | Financial Summary Exhibit – "Coming Home" |
| "Morning in Brooklyn" purportedly by George Ault | |
| 11000 | "Morning in Brooklyn" purportedly by George Ault |
| 11001 | Recorded Phone Call Between Patrick Gravel and Mark Henkel (MEDIA_003 (1D4) 7346045293 2020-07-09 21-37-21 56501-001.wav) |
| 11002 | Financial Summary Exhibit – "Morning in Brooklyn" |
| "Burghal Barber" purportedly by George Ault | |
| 12000 | "Burghal Barber" purportedly by George Ault |
| 12001 | Text Communications Sent and Received by Ray Paparella and Don Henkel |
| 12002 | Email Communications Sent and Received by Ray Paparella |
| "Flour Mill" purportedly by Ralston Crawford | |
| 13000 | "Flour Mill" purportedly by Ralston Crawford |
| 13001 | Email Communications Sent and Received by Ray Paparella |
| 13002 | Handwritten Provenance for "Flour Mill" |
| Purported "Gaedel" Signed Baseball | |
| 14000 | Email Communications Sent and Received by Ray Paparella |
| 14001 | Heritage Auctions Auction Consignment Agreement – Purported Gaedel Signed Baseball |
| 14002 | Handwritten Provenance for Gaedel Baseball |
| 14003 | Agreement Signed by Donald Kelly a/k/a Donald Henkel |
| 14004 | Text Communications Sent and Received by Ray Paparella and Don Henkel |