## DECLARATION CERTIFYING RECORDS OF REGULARLY CONDUCTED ACTIVITY

I, **Gerald Naples**, am employed by **Chemical Bank** (name of entity).

My official title is **Fraud Specialist** (title). As part of my duties as a **Fraud Specialist** (title), I am familiar with the records that **Chemical Bank** (name of entity) keeps in the ordinary course of business. I am familiar with the types of documents received, created and relied upon by **Chemical Bank** (name of entity) in the ordinary course of its business.

I certify that I have reviewed the records attached hereto and that these records are the original or duplicates of the original records kept in the custody of **Chemical Bank** (name of entity).

I further certify that:

*List documents - Signature Cards, Statements, Debits, Credits, Wires*

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice;

D) if such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

_____
Signature

Executed on this **31** day of **January**, **2020**.
(day) (month) (year)

at **Midland**, **MI**.
(city) (state)