# DECLARATION CERTIFYING RECORDS OF REGULARLY CONDUCTED ACTIVITY

I, **Angela Sera-Shroat**, am employed by
(name)

**DFCU Financial**.
(name of entity)

My official title is **Records Management Specialist**. As part of my duties as a
(title)

**Record management specialist**, I am familiar with the records that **DFCU Financial**,
(title) (name of entity)

keeps in the ordinary course of business. I am familiar with the types of documents received, created and relied upon by **DFCU Financial** in the ordinary course of its
(name of entity)

business.

I certify that I have reviewed the records attached hereto and that these records are the original or duplicates of the original records kept in the custody of **DFCU Financial**:
(name of entity)

I further certify that: *List documents* **monthly statements, signature cards, deposit items, cashier checks, and cancelled checks**

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice;

D) if such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

**Angela Sera-Shroat**
Signature

Executed on this **15th** day of **September**, **2020**.
(day) (month) (year)

at **Dearborn**, **Michigan**.
(city) (state)

FBIGJ_002-002157