UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

DONALD HENKEL

Case No. 22 CR 58

Honorable Elaine E. Bucklo

**GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE
SENTENCING**

The UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROS, the United States Attorney for the Northern District of Illinois, respectfully moves to continue the sentencing in this matter, and states as follows:

1.     In April 2022, defendants were charged in a superseding indictment with multiple counts of mail fraud, in violation of Title 18, United States Code, Section 1341; wire fraud, in violation of Title 18, United States Code, Section 1343; and/or witness tampering, in violation of Title 18, United States Code, Section 1512(b)(3), arising out of an alleged scheme to defraud victims, including art galleries, auction houses, and individual buyers, by false representations and concealment of material facts pertaining to works of art and memorabilia. Dkt. 6. All three defendants are on pretrial release. Dkt. 25-27.

2.     On February 13, 2026, defendant Donald Henkel pled guilty to Count 1 of the superseding indictment. On the same day, the Court set the sentencing hearing for May 15, 2026. Co-defendant Mark Henkel is set for July 1, 2026. As set forth in the plea agreement, the parties contest the loss amount and several aspects of the

offense conduct that relate to Guidelines enhancements. For example, while defendant admits to offense conduct involving the fraudulent sale of six items, the indictment describes 20 such fraudulent transactions or attempted transactions, which the government intends to show defendant is accountable for, and the government intends to present evidence of additional transactions outside of the indictment as relevant conduct. At sentencing, the government expects to present evidence and testimony related to these issues, as well as several victim impact statements. The government expects the hearing to take 2-3 hours. Despite diligent efforts, government counsel requires additional time to prepare its sentencing filings and witnesses.

3. The government has conferred with its witnesses and learned that they are available to testify on June 1-5, 2026 or June 15-18, 2026.

4. In light of the above, the government respectfully requests an approximately one-month continuance of the sentencing hearing (and to reset the related filing deadlines accordingly), to a date between June 1-5, or June 15-18, 2026.

5. The government has conferred with defense counsel who has no objection to continuing the sentencing hearing by approximately one month.

2

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:  /s/ *Kelly Guzman*
KELLY GUZMAN
KRISTIN PINKSTON
Assistant United States Attorneys
219 S. Dearborn St., Rm. 500
Chicago, IL 60604
(312) 353-5300

3